```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NA-AISHA RILEY,

                  Plaintiff,

-against-

COMMISSIONER DORA A. SCHRIRO,
WARDEN OF R.M.C.S. and THE CITY OF
NEW YORK,
                  Defendants.
------------------------------------------------------------X

12 **CIVIL** 5699 (AJN)

**JUDGMENT**

Defendants having moved to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on March 28, 2013, having rendered its Order granting defendants' motion to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2013, Defendants' motion to dismiss is granted.

**Dated:** New York, New York
       March 29, 2013

                                                  **RUBY J. KRAJICK**
                                                     Clerk of Court
                                      BY:
                                                     Deputy Clerk

                                            **THIS DOCUMENT WAS ENTERED**
                                            **ON THE DOCKET ON** _____